UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERTO HERNANDEZ a/k/a ROBERT HERNANDEZ,

                Plaintiff,                            JUDGMENT
     v.                                             22-CV-3572-RPK-JRC

STATEN ISLAND UNIVERSITY
HOSPITAL/NORTHWELL HEALTH,

                Defendant.
------------------------------------------------------------ X

        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 6, 2023, adopting the Report and Recommendation of Magistrate James R. Cho, dated August 18, 2023, granting defendant's motion to dismiss in its entirety; granting plaintiff 30 days from the date of the Order; and an Order having been filed on October 10, 2023, dismissing this case; and directing the Clerk of Court to enter judgment; it is

        ORDERED and ADJUDGED that defendant's motion to dismiss is granted in its entirety; and that this case is dismissed.

Dated: Brooklyn, NY                                                 Brenna B. Mahoney
       October 11, 2023                                         Clerk of Court

                                                              By: */s/Jalitza Poveda*
                                                                   Deputy Clerk